FILED
2024 Sep-12 AM 10:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**DELENA BENFORD,**

**Plaintiff,**

**v.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendants**

**CIVIL ACTION NO.** ______________________

**REQUEST FOR SERVICE BY CERTIFIED MAIL**

Please serve all named defendants by certified mail pursuant to Federal Rules of Civil Procedure 4(e)(1).

M. Clayborn Williams
(ASB-9101-A43M)

**The Martin Law Group,
LLC Attorneys for Plaintiff**
P. O. Box 20087
Tuscaloosa, AL 35402-0087
Phone (205) 343-1771
Facsimile (205) 343-1781
clay@erisacase.com