FILED
2024 Sep-16 PM 12:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **Delena Benford**<br><br>**Plaintiff,**<br><br>v.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | **Summons**<br>**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**<br><br>CIVIL ACTION CASE NUMBER:<br>2:24-cv-01246-AMM |

Summons in a Civil Action

To: The Lincoln National Life Insurance Company
**c/o The Prentice-Hall Corporation System, Inc**
**641 South Lawrence Street**
**Montgomery, AL 36104**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

M. Clayborn Williams, Esq.
The Martin Law Group, LLC
P.O. Box 20087
Tuscaloosa, AL 35402

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

GREER M. LYNCH, CLERK

DATE: 9-16-24

~~SHARON N. HARRIS, CLERK~~

By: [signature]
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203